417 A.2d 776

Commonwealth v. Brawer, Appellant.

Submitted June 12, 1978. Bruce S. Miller, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J. concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.